# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | |
|---|---|
| JAMES L. BERRY TRUST | * |
| | * |
| Plaintiff | * |
| | * |
| V. | * |
| | *   NO: 4:12CV00795  SWW |
| FIDELITY NATIONAL PROPERTY | * |
| and CASUALTY INSURANCE | * |
| COMPANY | * |
| | |
| Defendant | |

## ORDER of DISMISSAL by STIPULATION

Pursuant to the parties' stipulation of dismissal (ECF No. 15) and Federal Rule of Civil Procedure 41(a)(A)(ii), this action is DISMISSED WITH PREJUDICE, each party to bear its own costs and expenses.

IT IS SO ORDERED THIS 6TH DAY OF FEBRUARY, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE